UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARNOLD W. LEVI,                           1:03-cv-05023-REC-LJO-P

        Plaintiff,           **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 32)

vs.

HIRSCH, et al.,                           **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS**

        Defendants.
_____/

    Plaintiff, Arnold W. Levi ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 15, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1   In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1.  The Findings and Recommendations, filed April 15, 2005,
8  are ADOPTED IN FULL;
9   2.  The Eighth Amendment claim for placement in
10 Administrative Segregation against defendants Sullivan, Witcher,
11 and Eyler is DISMISSED;
12  3.  The Eighth Amendment claim regarding exercise against
13 defendants Sullivan, Witcher, Eyler, Marshall, Todd, Arceo,
14 Traynham, and Valencia is DISMISSED;
15  4.  The Access to the Court's claim against defendants
16 Peterson, Calderon, Sullivan, Witcher, Winett, Vasquez, and Todd
17 is DISMISSED;
18  5.  The retaliation claim against defendant Peterson is
19 DISMISSED;
20  6.  The "interference with legal mail" claim against
21 defendants Tyner and Matteson is DISMISSED;
22  7.  The claims against defendants Wiggins, Lopez, Kannada,
23 Lopez, Witcher, Sullivan, Calderon, Traynham, Alameida, Matteson,
24 Tyner, Baroya, Dr. Moore, MTA Estrada, accruing after the
25 initiation of this lawsuit on January 8, 2003, are DISMISSED from
26 this action;
27 //
28 /

2

8.   Defendants Alameida - Director of CDC, L. Havaland, F. Schmidt, Doperio, Covey, Oblonsky, Sylva, and all remaining defendants named in the Amended Complaint but not linked to an act or omission, are DISMISSED from this action; and,

9.   The action proceed against defendants Dr. Hirsch, Dr. Doe, and Lieutenant Traynham for deliberate indifference to a serious medical need, and against defendants Taylor and J. Mack for excessive force.

IT IS SO ORDERED.

**Dated: May 31, 2005**          /s/ Robert E. Coyle
668554                           UNITED STATES DISTRICT JUDGE