UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARNOLD W. LEVI, | | CV F03 5023 REC SMS P |
| | Plaintiff, | |
| v. | | ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED JUNE 1, 2005 (Doc. 35.) |
| HIRSCH, et. al., | | |
| | Defendants. | |

Arnold W. Levi ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 25, 2005, this Court dismissed the Amended Complaint with leave to Amend. Plaintiff informed the Court on April 11, 2005, that he wished to proceed only with the claims found cognizable and abandon those claims not cognizable. Thus, on April 15, 2005, the Court issued Findings and Recommendations to dismiss all claims not cognizable. The Court also issued a separate order directing the Clerk of Court to forward Plaintiff the necessary service forms for completion and return to the Court. However, Plaintiff did not submit the forms within the allotted time frame. Thus, the Court issued Findings and Recommendations on June 1, 2005,

1  to dismiss the action for Plaintiff's failure to comply with a court order and prosecute the action.
2  During the Objection period, Plaintiff returned the completed USM 285 forms and filed formal
3  Objections to the Recommendation that the action be dismissed.  Plaintiff states that he has
4  difficulty drafting and copying the necessary documents due to prison restrictions.

5      Based on Plaintiff's explanation and belated submission of the service documents, the
6  Court finds he presents GOOD CAUSE to vacate the Findings and Recommendations and will
7  proceed with service accordingly.  Plaintiff is reminded that when faced with a deadline which he
8  will not be able to meet, the appropriate course of action is to request an extension of time from
9  the Court.  Simply letting the deadline pass without explanation or contact with the Court will
10 cause the Court to Recommend to dismiss for failure to prosecute.  Plaintiff is reminded that
11 pursuant to the Local Rules and the Federal Rules of Civil Procedure, all pleadings filed with the
12 Court must be served on the opposing party or they will be stricken from the record.  Local Rule
13 5-135(b); Fed.R.Civ.P. 5.

14     The Court HEREBY ORDERS:
15     1.    The Findings and Recommendations issued June 1, 2005, are VACATED.
16     The Court will proceed with service accordingly.

18 IT IS SO ORDERED.
19 **Dated:  July 13, 2005**        /s/ Lawrence J. O'Neill
    b9ed48        UNITED STATES MAGISTRATE JUDGE