# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARNOLD LEVI, | | CV F   03 5023 REC SMS P |
| | Plaintiff, | |
| v. | | ORDER GRANTING PLAINTIFF TIME TO FILE MOTION TO SUBSTITUTE PARTIES |
| HIRSCH, et. al., | | ORDER DIRECTING CLERK OF COURT TO DISREGARD SUBMISSION OF FORM FOR DR. KIM |
| | Defendants. | |

Arnold Levi ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 25, 2005, this Court dismissed the Amended Complaint with leave to Amend. Plaintiff informed the Court on April 11, 2005, that he wished to proceed only with the claims found cognizable and abandon those claims not cognizable. Thus, on April 15, 2005, the Court issued Findings and Recommendations to dismiss all claims not cognizable. The Court also issued a separate order directing the Clerk of Court to forward Plaintiff the necessary service forms for completion and return to the Court. Plaintiff did not timely submit the forms. Thus, the Court issued Findings and Recommendations on June 1, 2005. Plaintiff then submitted the USM 285 forms in compliance with the Court Order. The Court then vacated the Findings and Recommendations.

Upon review of the USM 285 forms submitted by Plaintiff on July 11, 2005, it appears that Plaintiff has included a "Dr. Kim" in place of the Doe Defendant against whom the Court

found the Eighth Amendment claim cognizable.  Plaintiff states that Dr. Kim is also known as Dr. Doe.

A person must be made a party to the action before service can be completed on behalf of the Plaintiff.  Thus, Plaintiff must move for substitution of the parties in order to bring Dr. Kim into the action.  The submission of the USM 285 form for Dr. Kim who has not yet been made a party to the action via Rule 25, is improper.  Plaintiff must first move to substitute Dr. Kim for Dr. Doe.  After the Court has ruled on the request, and assuming it is granted, the Court will direct the Clerk of Court to send Plaintiff a USM 285 form to complete for Dr. Kim.  Upon Plaintiff's return of the completed form, the Court will direct the U.S. Marshall to effect service on his behalf.

Accordingly, the Court HEREBY ORDERS:

1. The Clerk of Court SHALL disregard the USM 285 form completed by Plaintiff for "Dr. Kim, a.k.a., Dr. Doe;"
2. Plaintiff is GRANTED twenty (20) days to file his "Motion to Substitute the Parties" wherein he makes clear to the Court his intention to substitute Dr. Kim in place of Dr. Doe.

IT IS SO ORDERED.

**Dated:   September 6, 2005**             **/s/ Sandra M. Snyder**
icido3                                    UNITED STATES MAGISTRATE JUDGE