UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ARNOLD LEVI,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HIRSCH, et. al.,<br><br>　　　　　　　　　Defendants. | No. 1:03-cv-05023 REC LJO P<br><br>**ORDER GRANTING DEFENDANTS'<br>REQUEST FOR AN EXTENSION OF<br>TIME TO FILE AN UNENUMERATED<br>RULE 12(b) MOTION** |

**ORDER**

Good cause having been shown, defendants Taylor and Mack's request an extension to and including February 20, 2006, to file their unenumerated Rule 12(b) motion, is granted.

IT IS SO ORDERED.

**Dated:    January 24, 2006**　　　　　　　/s/ Lawrence J. O'Neill
b6edp0　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

Order Re: Defendants' Request for an Extension of Time