# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARNOLD LEVI,

        Plaintiff,

  v.

HIRSCH, et. al.,

        Defendants.

CV F   03 5023 REC SMS P

ORDER GRANTING PLAINTIFF"S "MOTION TO DISMISS DEFENDANTS HIRSCH AND TRAYNHAM  (Doc. 65)

    Arnold Levi ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On April 7, 2006, Plaintiff filed a "Motion to Dismiss Defendants Hirsch and Traynham." (Doc. 65.)  Plaintiff states that his dismissal of these two Defendants would allow him to file a new action after his administrative remedies with respect to the claims against them would be exhausted.  Plaintiff requests dismissal without prejudice.

    On April 13, 2006, Defendants filed a Statement of Non-Opposition to the Motion to Dismiss.

C. ORDER

The Court HEREBY **ORDERS:**

1. The Motion to Dismiss Defendants Traynham and Hirsch is GRANTED. The case is referred back to the Magistrate Judge for further proceedings with respect to the remaining Defendants Mack and Taylor.

IT IS SO ORDERED.

Dated: **May 16, 2006**              /s/ Robert E. Coyle
668554                               UNITED STATES DISTRICT JUDGE