UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARNOLD LEVI, | ) | 1:03-CV-05023-OWW-SMS-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE DISPOSITIVE MOTION |
| v. | ) | |
| | ) | (Doc. 73) |
| HIRSCH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 8, 2006, defendants filed a request to extend time to file a dispositive motion. Defendants state that more time is needed due to a large caseload. Generally, one's caseload does not present sufficient grounds for granting an extension of time. The Court will grant Defendant's request but forewarn Defendants that no further extensions will be granted but upon a showing of extremely good cause. IT IS HEREBY ORDERED that:

Defendants are granted an extension of time up to and including November 20, 2006 in which to file a dispositive motion.

IT IS SO ORDERED.

**Dated:   October 4, 2006**              /s/ Sandra M. Snyder
b6edp0                                    UNITED STATES MAGISTRATE JUDGE