# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD LEVI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HIRSCH, et. al.,<br><br>　　　　　Defendants.<br>_____/ | CV F   03 5023 REC SMS P<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITHIN THIRTY DAYS |

　　　ARNOLD LEVI ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　On October 30, 2006, Defendants filed a Motion for Summary Judgment. To date, Plaintiff has not filed an Opposition to the Motions or a Statement of Non-opposition, as is required by the Local Rules.  Local Rule 78-230(m).

　　　Accordingly, within **THIRTY (20) days** from the date of service of this Order, Plaintiff shall file an Opposition or a Statement of Non-opposition to Motions to Dismiss.  **Plaintiff is forewarned that his failure to file an Opposition or Statement of Non-opposition in compliance with this order will result in a Recommendation that this action be dismissed, without prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated:　　December 4, 2006　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1