UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARNOLD WILLIAM LEVI,                   1:03-cv-05023-LJO-SMS-P

        Plaintiff,          **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 77)

vs.

                              **ORDER DISMISSING COMPLAINT/ ACTION**

CDC, et al.,

        Defendants.      **ORDER DENYING MOTION FOR SUMMARY JUDGMENT AS MOOT**
_____/     (Doc. 75)


    Arnold William Levi ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 3, 2007, the Magistrate Judge filed Findings and Recommendation herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendation were to be filed within twenty (20) days.  To date, Plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendation to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendation, filed January 3, 2007,

8  are ADOPTED IN FULL;

9    2.   The Complaint, and therefore this action, is DISMISSED

10 pursuant to Local Rule 11-110, and for Plaintiff's failure to

11 obey the Court's order of December 5, 2006; and,

12   3.   Defendants' Motion for Summary Judgment, filed October

13 30, 2006, is DENIED as MOOT.

14 IT IS SO ORDERED.

15 **Dated:    February 16, 2007**          _____/s/ Lawrence J. O'Neill_____
   b9ed48                                   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28